IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MARCELLUS J.B. CHARLEMAGNE,

      Appellant,

 v.

                                Case No.  5D22-1827
                                LT Case No. 2013-CF-002821-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed October 4, 2022

3.800 Appeal from the Circuit Court
for Marion County,
Peter M.  Brigham, Judge.

Marcellus J.B. Charlemagne, Indiantown, pro se.

No Appearance for Appellee.


PER CURIAM.

     AFFIRMED.


EVANDER, EDWARDS and HARRIS, JJ., concur.